UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LYNNE C. DUBOIS,

       Plaintiff,

       v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

-----------------------------------------------------------x

STIPULATION OF DISMISSAL
Civil Action No. 12-cv-0968
(GTS/DEP)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties in the above-entitled action, that the case be dismissed.

Dated: November 30, 2012

       Richard S. Hartunian
       United States Attorney
       Northern District of New York
       Attorney for Defendant

By:   */s/ Monika K. Proctor*
     Monika K. Proctor
     Special Assistant U.S. Attorney
     Bar No. 517327

Dated: DECEMBER 4, 2012

Peter W. Antonowicz, Esq.
Attorney for Plaintiff

**SO ORDERED:**

Dated: _____, 2012

IT IS SO ORDERED:

David E. Peebles
U.S. Magistrate Judge

Dated: December 4, 2012